

NUMBER 13-07-00724-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

INDEPENDENT CONTRACTORS, INC.,                                    APPELLANT,

v.

PDLR INVESTMENTS, LTD., ASSIGNEE
IN INTEREST OF LA MANSION DEL PASEO, LTD.,            APPELLEE.

On Appeal from the 357th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

Appellant, Independent Contractors, Inc., appealed a judgment rendered against

it in the 357th District Court of Cameron County, Texas.  On February 6, 2008, the Clerk

of this Court notified appellant that the clerk's record in the above cause was originally due

on December 31, 2007, and that the deputy district clerk, Laura Cisneros, had notified this

Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution. On February 14, 2008, the Clerk sent appellant a similar notice regarding appellant's failure to make arrangements for payment of the reporter's record. To date, appellant has failed to respond to the Court's notices.

The Court, having considered the documents on file and appellant's failure to respond to the Court's notices, is of the opinion that the appeal should be dismissed. *See id.* 37.3, 42.3(b),(c). Accordingly, the appeal is DISMISSED.


PER CURIAM

Memorandum Opinion delivered
and filed this the 17thday of April, 2008.

2